JS-6

Brian P. Walter, Bar No. 171429
bwalter@lcwlegal.com
Mark H. Meyerhoff, Bar No. 180414
mmeyerhoff@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
Alex Y. Wong, Bar No. 217667
awong@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA  90045

Telephone:  (310) 981-2000
Facsimile:   (310) 337-0837

Attorneys for Defendants
City of Los Angeles, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BATTS, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>           Defendants. | Case No.  SACV06-843 GAF(AJW)<br><br>**JUDGMENT** |

This action came on for hearing before the Court on June 14, 2010, on nine separate Motions for Summary Judgment, the Honorable Gary A. Feess, District Judge presiding.  Pursuant to the Court's August 12, 2010, Order granting Defendants' motions for summary judgment in their entirety against Plaintiffs, judgment is hereby entered in favor of Defendants and against Plaintiffs as follows:

Plaintiffs Morris Batts, William Dougherty, Ietia Eston, Johnny Jones, Helen Lopez, James May, Jr., Samuel Mark, Juan Santos and Johnnie Zamora shall take

438049.1 LO160-033

JUDGMENT

1  nothing by way of their complaint.

2      Defendants City of Los Angeles, Los Angeles Police Department, Los
3  Angeles Board of Police Commission, Office of the Los Angeles City Attorney,
4  Wayne Song, William Bratton, Earl Paysinger, Horace Frank, Richard Meraz,
5  James Craig, Sergio Diaz, Bruce Crosley and Michael Berkow, as the prevailing
6  parties, shall recover their costs from Plaintiffs in the amount of _____.

9  DATED: August 27, 2010  _____
10     HONORABLE GARY A. FEESS
    UNITED STATES DISTRICT JUDGE

JUDGMENT

- 2 -

438049.1 LO160-033